UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN SHEA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-12420-JLT |
| | * | |
| CAROLYN W. COLVIN, | * | |
| | * | |
| Defendant. | * | |

ORDER

November 3, 2013

TAURO, J.

After reviewing the Report and Recommendation of Magistrate Judge Boal [#24] and Plaintiff's objections thereto, this court ACCEPTS and ADOPTS the Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Plaintiff's Motion to Reverse the Decision of the Commissioner of Social Security [#15] is DENIED and Defendant's Motion to Affirm the Commissioner's Decision [#21] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge